UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                          Case No. 19-cv-860-pp

AMANDA LEA SCHAUMBERG,
SHAWN O'DONOVAN and
LORNA O'DONOVAN,

        Defendants.

**ORDER STAYING PROCEEDINGS BASED ON SUGGESTION OF BANKRUPTCY AND ADMINISTRATIVELY CLOSING CASE**

On June 10, 2019, the government filed this foreclosure action under 28 U.S.C. §1345 against defendants Amanda Lea Schaumberg and Shawn and Lorna O'Donovan. Dkt. No. 1. On July 19, 2019 the government filed a suggestion of bankruptcy, indicating that defendant Amanda Lea Schaumberg has filed for bankruptcy in the Eastern District of Wisconsin. Dkt. No. 2.

Under §362(a) of the Bankruptcy Code, the filing of a petition operates as a "stay" of, among other things, "the commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title . . . ." The defendant's bankruptcy petition operates as a stay of this litigation.

1

The court **ORDERS** that this case is **STAYED** until the parties notify the court that defendant Amanda Lea Schaumberg's bankruptcy proceeding has concluded.

The court **ORDERS** that the Clerk of Court shall **ADMINSTRATIVELY CLOSE** this case until that time.

The court **ORDERS** that once the bankruptcy proceeding has concluded, the parties may file a motion to reopen the district court case, and the court will grant that motion once it confirms that the bankruptcy proceeding has concluded. The date that the plaintiff filed the complaint will be the operative date for any limitations purposes and will not be affected by the administrative closing.

Dated in Milwaukee, Wisconsin this 8th day of July, 2019.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**