UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

 v.              Case No. 19-cv-860-pp

AMANDA LEA SCHAUMBERG,
SHAWN O'DONOVAN,
and LORNA O'DONOVAN,

    Defendants.

---

## ORDER OF DISMISSAL EFFECTIVE IN TWENTY-ONE DAYS

---

  On June 10, 2019, the plaintiff filed a complaint. Dkt. No. 1. Nine days later, the plaintiff filed a suggestion of bankruptcy as to defendant Amanda Lea Schaumberg. Dkt. No. 2. The court entered an order staying the case under 11 U.S.C. §362(a) and administratively closing the case. Dkt. No. 3. On March 16, 2020, the plaintiff asked the court to reopen the case after the automatic stay had been lifted. Dkt. No. 4. The court granted that request two days later. Dkt. No. 5. It has been seventeen months since the court reopened the case, with no evidence that the plaintiff has served the defendants. If the plaintiff has served the defendants, the plaintiff has not moved for default judgment or otherwise diligently prosecuted this case.

  The court **ORDERS** that this case is **DISMISSED** effective twenty-one days from the date of this order under Civil Local Rule 41 (E.D. Wis.), unless

1

the plaintiff demonstrates, in writing, why Civil L.R. 41 (a), (b) or (c) should not apply.

Dated in Milwaukee, Wisconsin this 31st day of August, 2021.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**Chief United States District Judge**